**FILED**

**DECEMBER 4, 2007**

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

**07 C 6830**

In the Matter of                                              Case Number:

**JEFFREY SIEGEL, Administrator of the
Estate of Moustapha Akkad, Deceased, et al.
v.
H GROUP HOLDING, INC., GLOBAL HYATT
INTERNATIONAL, et al.**

**JUDGE DARRAH
MAGISTRATE JUDGE COX**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

H GROUP HOLDING, INC., a corporation; GLOBAL HYATT CORPORATION, a corporation; HYATT INTERNATIONAL CORPORATION, a corporation; HYATT CORPORATION, a corporation; HYATT HOTELS CORPORATION, a corporation; HYATT INTERNATIONAL (EUROPE AFRICA MIDDLE EAST) LLC; AIC HOLDING CO., a corporation; HYATT INTERNATIONAL HOLDINGS, CO., a corporation; HI HOLDINGS LUXEMBUG s.a.r.l.

| NAME (Type or print) |
|---|
| **H. RODERIC HEARD** |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| **s/H. Roderic Heard** |

| FIRM |
|---|
| **Wildman Harrold Allen & Dixon LLP** |

| STREET ADDRESS |
|---|
| **225 West Wacker Drive, Suite 2800** |

| CITY/STATE/ZIP |
|---|
| **Chicago, IL 60606** |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| **1167170** | **312-201-2623** |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES [X] | NO [ ] |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES [ ] | NO [X] |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES [X] | NO [ ] |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES [X] | NO [ ] |

| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. |
|---|
| RETAINED COUNSEL [ ]      APPOINTED COUNSEL [ ] |

CEM

## CERTIFICATE OF SERVICE

I hereby certify that I served a copy of the **Appearance for H. Roderic Heard** on:

> Thomas A. Demetrio
> William T. Gibbs
> CORBOY & DEMETRIO, P.C.
> 33 North Dearborn Street, Suite 2100
> Chicago, Illinois 60602
>
> Browne Greene
> Geoffrey S. Wells
> GREENE, BROILLET & WHEELER, LLP
> 100 Wilshire Road, 21st Floor
> Santa Monica, California 90407
>
> Michael Weisman
> WEISMAN & MCINTYRE
> 99 Summer Street, Suite 2010
> Boston, Massachusetts 02110
>
> *Attorneys for Plaintiffs*

via Electronic Case Filing system (CM/ECF) as well as ordinary U.S. Mail, from 225 West Wacker Drive, Chicago, IL 60606, this 4th day of December 2007.


 _/s/ Lisa M. Fontoura_____
One of Attorneys for Certain Defendants

H. Roderic Heard (1167170)
Mark P. Miller (6191128)
Lisa M. Fontoura (6273876)
WILDMAN, HARROLD, ALLEN & DIXON LLP
225 West Wacker Drive
Chicago, IL 60606-1229
(312) 201-2000