## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
### AMENDED ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| JEFFREY SIEGEL, Administrator of the Estate of Moustapha Akkad, Deceased, et al. v. H GROUP HOLDING, INC., GLOBAL HYATT INTERNATIONAL, et al. | 07 C 6830 Judge Darrah |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

GLOBAL HYATT CORPORATION, a corporation; HYATT INTERNATIONAL CORPORATION, a corporation, and HYATT INTERNATIONAL (EUROPE AFRICA MIDDLE EAST) LLC

| NAME (Type or print) |
|---|
| H. RODERIC HEARD |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/H. Roderic Heard |

| FIRM |
|---|
| Wildman Harrold Allen & Dixon LLP |

| STREET ADDRESS |
|---|
| 225 West Wacker Drive, Suite 2800 |

| CITY/STATE/ZIP |
|---|
| Chicago, IL 60606 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 1167170 | 312-201-2623 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES [X] | NO [ ] |
|---|---|---|

| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES [ ] | NO [X] |
|---|---|---|

| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES [X] | NO [ ] |
|---|---|---|

| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES [X] | NO [ ] |
|---|---|---|

| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. |
|---|
| RETAINED COUNSEL [ ]   APPOINTED COUNSEL [ ] |

## CERTIFICATE OF SERVICE

I hereby certify that I served a copy of the **Amended Appearances for H. Roderic Heard, Mark P. Miller** and **Lisa M. Fontoura** on:

*Via Facsmilie:*
Thomas A. Demetrio
William T. Gibbs
CORBOY & DEMETRIO, P.C.
33 North Dearborn Street, Suite 2100
Chicago, Illinois 60602

*Via U.S. Mail:*
Browne Greene
Geoffrey S. Wells
GREENE, BROILLET & WHEELER, LLP
100 Wilshire Road, 21st Floor
Santa Monica, California 90407

Michael Weisman
WEISMAN & MCINTYRE
99 Summer Street, Suite 2010
Boston, Massachusetts 02110

*Attorneys for Plaintiffs*

via Electronic Case Filing system (CM/ECF) and as indicated above, from 225 West Wacker Drive, Chicago, IL 60606, this 5th day of December 2007.

/s/ Lisa M. Fontoura
One of Attorneys for Certain Defendants

H. Roderic Heard (1167170)
Mark P. Miller (6191128)
Lisa M. Fontoura (6273876)
WILDMAN, HARROLD, ALLEN & DIXON LLP
225 West Wacker Drive
Chicago, IL 60606-1229
(312) 201-2000