## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| JEFFREY SIEGEL, Administrator of the Estate of MOUSTAPHA AKKAD, Deceased, SOOHA AKKAD, individually; SUSAN GITELSON, Special Administrator of the Estate of RIMA AKKAD MONLA, deceased; and MICHAEL BUTLER,<br><br>Plaintiffs,<br><br>v.<br><br>H GROUP HOLDING, INC., a corporation; GLOBAL HYATT CORPORATION, a corporation; HYATT INTERNATIONAL CORPORATION, a corporation; HYATT CORPORATION, a corporation; HYATT HOTELS CORPORATION, a corporation; HYATT INTERNATIONAL (EUROPE AFRICA MIDDLE EAST) LLC; AIC HOLDING CO., a corporation; HYATT INTERNATIONAL HOLDINGS, CO., a corporation; HI HOLDINGS LUXEMBUG S.a.r.l.; ZARA INVESTMENT HOLDING CO.; and AMMAN TOURISM INVESTMENT CO., LTD.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) No. 07 C 6830<br>)<br>) Judge Darrah<br>) Magistrate Cox<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## MOTION FOR LEAVE TO WITHDRAW APPEARANCES ON BEHALF OF H GROUP HOLDING, INC., HYATT CORPORATION, HYATT HOTELS CORPORATION, AIC HOLDING CO., HYATT INTERNATIONAL HOLDINGS CO., and HI HOLDINGS LUXEMBURG S.a.r.l.

1.    December 4, 2007, H. Roderic Heard, Mark Miller, and Lisa Fontoura of the law firm of Wildman Harrold Allen & Dixon LLP inadvertently electronically filed appearances on behalf of the following Hyatt entities that have not been served:  H Group Holding, Inc., Hyatt

Corporation, Hyatt Hotels Corporation, AIC Holding Co., Hyatt International Holdings, Co., and HI Holdings Luxemburg S.a.r.l.

2.     None of these defendants has been served to date, and Wildman Harrold was not authorized by any of these defendants to enter an appearance on their behalf or to accept or waive service on their behalf.  However, due to a clerical error, appearances were electronically entered on behalf of all of these entities.  Mr. Heard, Mr. Miller, and Ms. Fontoura of Wildman Harrold seek leave to withdraw their appearances on behalf of those entities.

3.     On December 5, 2007, as soon as the error was discovered, Mr. Heard, Mr. Miller, and Ms. Fontoura filed amended appearances on behalf of only those three defendants who have been served or have waived service – Global Hyatt Corporation, Hyatt International Corporation, and Hyatt (Europe Africa Middle East) LLC.    The amended appearances are attached hereto as Exhibit A.

WHEREFORE, Wildman Harrold Allen & Dixon LLP (Mr. Heard, Mr. Miller and Ms. Fontoura) respectfully request that their appearances on behalf of H Group Holding, Inc., Hyatt Corporation, Hyatt Hotels Corporation, AIC Holding Co., Hyatt International Holdings, Co., and HI Holdings Luxemburg S.a.r.l. be withdrawn.

Respectfully submitted,

By:     /s/ Lisa M. Fontoura
        Attorneys for Global Hyatt Corporation, Hyatt
        International Corporation, and Hyatt EAME

H. Roderic Heard (1167170)
Mark P. Miller (6191128)
Lisa M. Fontoura (6273876)
WILDMAN, HARROLD, ALLEN & DIXON LLP
225 West Wacker Drive
Chicago, IL 60606-1229
(312) 201-2000

Dated: December 5, 2007

## CERTIFICATE OF SERVICE

I hereby certify that I served a copy of the **NOTICE OF MOTION** and **MOTION FOR LEAVE TO WITHDRAW APPEARANCES ON BEHALF OF H GROUP HOLDING, INC., HYATT CORPORATION, HYATT HOTELS CORPORATION, AIC HOLDING CO., HYATT INTERNATIONAL HOLDINGS CO., AND HI HOLDINGS LUXEMBURG S.a.r.l.** on:

*Via Facsmilie:*
Thomas A. Demetrio
William T. Gibbs
CORBOY & DEMETRIO, P.C.
33 North Dearborn Street, Suite 2100
Chicago, Illinois 60602

*Via U.S. Mail:*
Browne Greene
Geoffrey S. Wells
GREENE, BROILLET & WHEELER, LLP
100 Wilshire Road, 21st Floor
Santa Monica, California 90407

Michael Weisman
WEISMAN & MCINTYRE
99 Summer Street, Suite 2010
Boston, Massachusetts 02110

*Attorneys for Plaintiffs*

via Electronic Case Filing system (CM/ECF) and as indicated above, from 225 West Wacker Drive, Chicago, IL 60606, this 5th day of December 2007.


                         /s/ Lisa M. Fontoura
                        One of Attorneys for Certain Defendants

H. Roderic Heard (1167170)
Mark P. Miller (6191128)
Lisa M. Fontoura (6273876)
WILDMAN, HARROLD, ALLEN & DIXON LLP
225 West Wacker Drive
Chicago, IL 60606-1229
(312) 201-2000

EXHIBIT   A

## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
### AMENDED ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| **JEFFREY SIEGEL, Administrator of the Estate of Moustapha Akkad, Deceased, et al.** **v.** **H GROUP HOLDING, INC., GLOBAL HYATT INTERNATIONAL, et al.** | 07 C 6830 Judge Darrah |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

GLOBAL HYATT CORPORATION, a corporation; HYATT INTERNATIONAL CORPORATION, a corporation, and HYATT INTERNATIONAL (EUROPE AFRICA MIDDLE EAST) LLC

| NAME (Type or print) |
|---|
| LISA M. FONTOURA |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/ Lisa M. Fontoura |

| FIRM |
|---|
| Wildman Harrold Allen & Dixon LLP |

| STREET ADDRESS |
|---|
| 225 West  Wacker Drive, Suite 2800 |

| CITY/STATE/ZIP |
|---|
| Chicago, IL  60606 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6273876 | 312-201-2289 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☒ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☒ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ☒ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ☒ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐        APPOINTED COUNSEL ☐

## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
### AMENDED   ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| JEFFREY SIEGEL, Administrator of the Estate of Moustapha Akkad, Deceased, et al. v. H GROUP HOLDING, INC., GLOBAL HYATT INTERNATIONAL, et al. | 07 C 6830 Judge Darrah |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

GLOBAL HYATT CORPORATION, a corporation; HYATT INTERNATIONAL CORPORATION, a corporation, and HYATT INTERNATIONAL (EUROPE AFRICA MIDDLE EAST) LLC

| | |
|---|---|
| NAME (Type or print)<br>MARK P. MILLER | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Mark P. Miller | |
| FIRM<br>Wildman Harrold Allen & Dixon LLP | |
| STREET ADDRESS<br>225 West Wacker Drive, Suite 2800 | |
| CITY/STATE/ZIP<br>Chicago, IL 60606 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6191128 | TELEPHONE NUMBER<br>312-201-2596 |

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☒ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☒ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☒ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☒ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐

## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
### AMENDED   ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| **JEFFREY SIEGEL, Administrator of the Estate of Moustapha Akkad, Deceased, et al.** **v.** **H GROUP HOLDING, INC., GLOBAL HYATT INTERNATIONAL, et al.** | **07 C 6830** **Judge Darrah** |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

GLOBAL HYATT CORPORATION, a corporation; HYATT INTERNATIONAL CORPORATION, a corporation, and HYATT INTERNATIONAL (EUROPE AFRICA MIDDLE EAST) LLC

| |
|---|
| NAME (Type or print) **H. RODERIC HEARD** |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) **s/H. Roderic Heard** |
| FIRM **Wildman Harrold Allen & Dixon LLP** |
| STREET ADDRESS **225 West Wacker Drive, Suite 2800** |
| CITY/STATE/ZIP **Chicago, IL 60606** |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) **1167170** | TELEPHONE NUMBER **312-201-2623** |
|---|---|

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES [X] | NO [ ] |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES [ ] | NO [X] |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES [x] | NO [ ] |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES [x] | NO [ ] |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL [ ]     APPOINTED COUNSEL [ ]