IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JEFFREY SIEGEL, Administrator of the Estate of MOUSTAPHA AKKAD, Deceased, SOOHA AKKAD, individually; SUSAN GITELSON, Special Administrator of the Estate of RIMA AKKAD MONLA, deceased; and MICHAEL BUTLER,<br><br>Plaintiffs,<br><br>v.<br><br>H GROUP HOLDING, INC., a corporation; GLOBAL HYATT CORPORATION, a corporation; HYATT INTERNATIONAL CORPORATION, a corporation; HYATT CORPORATION, a corporation; HYATT HOTELS CORPORATION, a corporation; HYATT INTERNATIONAL (EUROPE AFRICA MIDDLE EAST) LLC; AIC HOLDING CO., a corporation; HYATT INTERNATIONAL HOLDINGS, CO., a corporation; HI HOLDINGS LUXEMBUG S.a.r.l.; ZARA INVESTMENT HOLDING CO.; and AMMAN TOURISM INVESTMENT CO., LTD.,<br><br>Defendants. | No.   07 C 6830<br>Judge Darrah<br>Magistrate Cox |

## NOTICE OF MOTION

TO: Thomas A. Demetrio           Browne Greene
    William T. Gibbs              Geoffrey S. Wells
    CORBOY & DEMETRIO, P.C.      GREENE, BROILLET & WHEELER, LLP
    33 North Dearborn Street, Suite 2100   100 Wilshire Road, 21st Floor
    Chicago, Illinois 60602       Santa Monica, California 90407

    Michael Weisman
    WEISMAN & MCINTYRE
    99 Summer Street, Suite 2010
    Boston, Massachusetts 02110

PLEASE TAKE NOTICE that on Tuesday, December 11, 2007 at 9:00 a.m. or soon thereafter as counsel may be heard, we shall appear before the Honorable Judge John W. Darrah, or any other judge sitting in his stead, in courtroom 1203 in the United States District Court for the Northern District of Illinois, Eastern Division, Chicago, Illinois and shall then and there present **Defendants' Motion for Leave to Withdraw Appearances on Behalf of H Group Holding, Inc., Hyatt Corporation, Hyatt Hotels Corporation, AIC Holding Co., Hyatt International Holdings Co., and HI Holdings Luxemburg S.a.r.l.**, a copy of which is hereby served upon you.

Dated: December 5, 2007.

>Respectfully submitted,
>
>By: /s/ Lisa M. Fontoura
>Attorneys for Global Hyatt Corporation, Hyatt International Corporation, and Hyatt EAME

H. Roderic Heard (1167170)
Mark P. Miller (6191128)
Lisa M. Fontoura (6273876)
WILDMAN, HARROLD, ALLEN & DIXON LLP
225 West Wacker Drive
Chicago, IL 60606-1229
(312) 201-2000

## CERTIFICATE OF SERVICE

I hereby certify that I served a copy of the **NOTICE OF MOTION** and **MOTION FOR LEAVE TO WITHDRAW APPEARANCES ON BEHALF OF H GROUP HOLDING, INC., HYATT CORPORATION, HYATT HOTELS CORPORATION, AIC HOLDING CO., HYATT INTERNATIONAL HOLDINGS CO., AND HI HOLDINGS LUXEMBURG S.a.r.l.** on:

*Via Facsmilie:*
Thomas A. Demetrio
William T. Gibbs
CORBOY & DEMETRIO, P.C.
33 North Dearborn Street, Suite 2100
Chicago, Illinois 60602

*Via U.S. Mail:*
Browne Greene
Geoffrey S. Wells
GREENE, BROILLET & WHEELER, LLP
100 Wilshire Road, 21st Floor
Santa Monica, California 90407

Michael Weisman
WEISMAN & MCINTYRE
99 Summer Street, Suite 2010
Boston, Massachusetts 02110

*Attorneys for Plaintiffs*

via Electronic Case Filing system (CM/ECF) and as indicated above, from 225 West Wacker Drive, Chicago, IL 60606, this 5th day of December 2007.

　　　　　　　　　　　　　　　　　　　　/s/ Lisa M. Fontoura
　　　　　　　　　　　　　　　　　　　　One of Attorneys for Certain Defendants

H. Roderic Heard (1167170)
Mark P. Miller (6191128)
Lisa M. Fontoura (6273876)
WILDMAN, HARROLD, ALLEN & DIXON LLP
225 West Wacker Drive
Chicago, IL 60606-1229
(312) 201-2000