## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | John W. Darrah | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6830 | **DATE** | 12/6/07 |
| **CASE TITLE** | Siegel, et al. v. H Group Holding, Inc., et al. | | |

**DOCKET ENTRY TEXT:**

Defendants' motion for leave to withdraw appearances [10, 11] is granted. Appearances on behalf of Defendants H Group Holding, Inc., Hyatt Corporation, Hyatt Hotels Corporation, AIC Holing Co., Hyatt International Holdings Co., and HI Holdings Luxemburg S.a.r.l. are withdrawn.

Docketing to mail notices.

| | Courtroom Deputy Initials: | mf |
|---|---|---|