IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JEFFREY SIEGEL, Administrator of the Estate of MOUSTAPHA AKKAD, Deceased, SOOHA AKKAD, individually; SUSAN GITELSON, Special Administrator of the Estate of RIMA AKKAD MONLA, deceased; and MICHAEL BUTLER,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>H GROUP HOLDING, INC., a corporation; GLOBAL HYATT CORPORATION, a corporation; HYATT INTERNATIONAL CORPORATION, a corporation; HYATT CORPORATION, a corporation; HYATT HOTELS CORPORATION, a corporation; HYATT INTERNATIONAL (EUROPE AFRICA MIDDLE EAST) LLC; AIC HOLDING CO., a corporation; HYATT INTERNATIONAL HOLDINGS, CO., a corporation; HI HOLDINGS LUXEMBUG S.a.r.l.; ZARA INVESTMENT HOLDING CO.; and AMMAN TOURISM INVESTMENT CO., LTD.,<br><br>　　　　　Defendants. | No. 07 C 6830<br><br>Judge John W. Darrah<br><br>Magistrate Susan E. Cox |

### NOTICE OF MOTION

To:    All Counsel of Record

　　　PLEASE TAKE NOTICE that on December 27, 2007, at 9:00 a.m., or as soon thereafter as counsel may be heard, the undersigned shall appear before the Honorable John W. Darrah or any judge sitting in his stead, in Room 1203 of the United States District Court for the Northern District of Illinois, 219 South Dearborn Street, Chicago, Illinois, and shall then and there present the attached Unopposed Motion For Extension of Time.

Respectfully submitted,

By: <u>/s/ Mark P. Miller</u>

H. Roderic Heard (1167170)
Mark P. Miller (6191128)
Lisa M. Fontoura (6273876)
WILDMAN, HARROLD, ALLEN & DIXON LLP
225 West Wacker Drive
Chicago, IL 60606-1229
(312) 201-2000

2

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that he caused a copy of the foregoing to be served upon all counsel of record by ECF on December 21, 2007.

_____/s/ Mark P. Miller_____