## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | John W. Darrah | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6830 | **DATE** | December 26, 2007 |
| **CASE TITLE** | Siegel, et al. v. H Group Holding, Inc., et al. | | |

**DOCKET ENTRY TEXT:**

Defendants' Unopposed Motion for an Extension of Time [17], [20] is granted. Defendants' Motion to Dismiss is to be filed on or before January 14, 2008. Plaintiffs' response is to be filed on or before February 4, 2008. Defendants' reply brief is to be filed on or before February 18, 2008. A status hearing is scheduled for April 2, 2008, at 9:00 a.m.

Docketing to mail notice.

| | Courtroom Deputy Initials: | mf |
|---|---|---|