**EXHIBIT C**

TAD/MKD/DMK/WTG/mm          11/6/07        2007S-0284         #02329

### IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
### COUNTY DEPARTMENT, LAW DIVISION

JEFFREY SIEGEL, Administrator of the Estate of )
MOUSTAPHA AKKAD, deceased, and )
SOOHA AKKAD, )
               Plaintiffs, )
    v. )   No.  07 L 9489
                )
GLOBAL HYATT CORPORATION, a corporation, and )
HYATT INTERNATIONAL CORPORATION, )
a corporation, )
               Defendants. )

### ORDER

This cause coming on to be heard on motion of plaintiffs, due notice having been given, and the Court being fully advised in the premises;

**IT IS HEREBY ORDERED**:

Plaintiffs are hereby granted leave to file their Complaint at Law, *instanter*, to add the Estate of Rima Monla Akkad as a party plaintiff; to add Michael Butler as a party plaintiff; to add H Group Holding, Inc., Hyatt Corporation, Hyatt Hotels Corporation, Hyatt International (Europe Africa Middle East) LLC, AIC Holding Co., Hyatt International Holdings Co., HI Holdings Luxemburg S.a.r.l., Amman Tourism Investment Company, Ltd., and Zara Investment (Holding) Co., as party defendants; and for leave to issue Summons and change the caption of the case accordingly.

JUDGE LYNN M. EGAN

JUDGE   NOV 08 2007

ENTER   Circuit Court-1682

Thomas A. Demetrio
Michael K. Demetrio
Daniel M. Kotin
William T. Gibbs
CORBOY & DEMETRIO, P.C.
Attorneys for Plaintiffs
33 North Dearborn Street, Suite 2100
Chicago, Illinois 60602
312-346-3191
Firm I.D. No. 02329

Browne Greene and Geoffrey S. Wells
GREENE, BROILLET & WHEELER, LLP
Attorneys for Plaintiffs
100 Wilshire Road, 21st Floor
Santa Monica, California 90407-2131
310-576-1200

