#108                                                                          1/3/08                    2007S-0284

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS,
# EASTERN DIVISION

| | |
|---|---|
| JEFFREY SIEGEL, Administrator of the Estate of MOUSTAPHA AKKAD, deceased; SOOHA AKKAD, Individually; SUSAN GITELSON, Special Administrator of the Estate of RIMA AKKAD MONLA, deceased; and MICHAEL BUTLER,<br><br>Plaintiffs,<br><br>v.<br><br>H GROUP HOLDING, INC., a corporation ("H GROUP"); GLOBAL HYATT CORPORATION, a corporation ("GLOBAL"); HYATT INTERNATIONAL CORPORATION, a corporation ("HI"); HYATT CORPORATION, a corporation ("HYATT CORP."); HYATT HOTELS CORPORATION, a corporation ("HYATT HOTELS"); HYATT INTERNATIONAL (EUROPE AFRICA MIDDLE EAST) LLC ("HYATT EAME"); AIC HOLDING CO., a corporation ("AIC"); HYATT INTERNATIONAL HOLDINGS CO., a corporation ("HIH"); HI HOLDINGS LUXEMBURG S.a.r.l. ("HI LUX"); ZARA INVESTMENT (HOLDING) CO. ("ZARA"); and AMMAN TOURISM INVESTMENT COMPANY, LTD. ("ATIC");<br><br>Defendants. | No. 2007 L 9489<br><br>Judge John W. Darrah<br><br>Magistrate Judge Susan E. Cox |

## NOTICE OF MOTION

To:   See Attached Service List

On **Tuesday, January 15, 2008,** at **9:00 a.m.**, or as soon thereafter as counsel may be heard, I shall appear before the Honorable John W. Darrah or any judge sitting in his stead, in the courtroom usually occupied by him in Room 1203 of the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, and shall then and there present the attached **Plaintiffs' Motion to Remand.**

| | | |
|---|---|---|
| Name | CORBOY & DEMETRIO, P.C. | Attorneys for Plaintiffs |
| Address | 33 North Dearborn Street | City Chicago, IL 60602 |
| Telephone | (312) 346-3191 | Attorney No.   #108 |

## PROOF OF SERVICE

I, the undersigned, a non-attorney, being first duly sworn on oath, deposes and says that she served a copy of the above upon all attorneys of record by enclosing a true and correct copy and depositing same in the U.S. Mail Chute at 33 North Dearborn Street, Chicago, Illinois, before the hour of 4:00 p.m., on the 4th day of January, 2008.

*/s/ Maureen J McIntyre*

[X]   Under penalties as provided by law pursuant to 735 Illinois Compiled Statutes 5/1-109 (1993), I certify that the statements set forth herein are true and correct.

## SERVICE LIST

Re:       Jeffrey Siegel, Administrator of the Estate of Moustapha Akkad, Decd., and Sooha Akkad v. Global Hyatt Corporation and Hyatt International Corporation
File No.:  2007S-0284
Court No.  2007 L 009489

Mr. H. Roderic Heard
Ms. Lisa M. Fontoura
**WILDMAN, HARROLD, ALLEN & DIXON, LTD.**
225 W. Wacker Drive
Suite 3000
Chicago, Illinois 60606-1229
Phone:     312-201-2000
Fax:       312-201-2555
Email:     heard@wildman.com
**ATTORNEY FOR DEFENDANTS GLOBAL HYATT CORPORATION, HYATT INTERNATIONAL CORPORATION AND HYATT INTERNATIONAL (EUROPE AFRICA MIDDLE EAST) LLC**

Mr. Browne Greene
Mr. Geoffrey Wells
**GREENE, BROILLET & WHEELER, LLP**
100 Wilshire Boulevard
21st Floor
P.O. Box 2131
Santa Monica, California 90401
310-576-1200
**ATTORNEYS FOR PLAINTIFFS**

Mr. Michael Weisman
**WEISMAN & MCINTYRE**
99 Summer Street
Suite 2010
Boston, Massachusetts 02110
617-720-2727
**ATTORNEYS FOR PLAINTIFF, MICHAEL BUTLER**