IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JEFFREY SIEGEL, Administrator of the Estate of MOUSTAPHA AKKAD, Deceased, SOOHA AKKAD, individually; SUSAN GITELSON, Special Administrator of the Estate of RIMA AKKAD MONLA, deceased; and MICHAEL BUTLER,<br><br>            Plaintiffs,<br><br>v.<br><br>H GROUP HOLDING, INC., a corporation; GLOBAL HYATT CORPORATION, a corporation; HYATT INTERNATIONAL CORPORATION, a corporation; HYATT CORPORATION, a corporation; HYATT HOTELS CORPORATION, a corporation; HYATT INTERNATIONAL (EUROPE AFRICA MIDDLE EAST) LLC; AIC HOLDING CO., a corporation; HYATT INTERNATIONAL HOLDINGS, CO., a corporation; HI HOLDINGS LUXEMBURG S.a.r.l.; ZARA INVESTMENT HOLDING CO.; and AMMAN TOURISM INVESTMENT CO., LTD.,<br><br>            Defendants. | No. 07 C 6830<br><br>Judge John W. Darrah<br><br>Magistrate Susan E. Cox |

## NOTICE OF CONSENT TO REMOVAL

TO: THE HONORABLE UNITED STATES DISTRICT COURT:

Defendants H Group Holding, Inc., Global Hyatt Corporation, Hyatt International Corporation, Hyatt Hotels Corporation, and AIC Holding Company, hereby confirm their consent to the removal and the Notice of Removal filed by Defendant Hyatt International (Europe Africa Middle East) LLC, in this matter to remove to this Court the action pending in

the Circuit Court of Cook County, Illinois, County Department, Law Division, Case No 07-L-9489, titled "*Siegel, et al. v. Global Hyatt Corporation, et al.*"

Respectfully Submitted,

By: /s/ Lisa M. Fontoura
One of the Attorneys for Defendants
H Group Holding, Inc., Global Hyatt Corporation, Hyatt International Corporation, Hyatt Hotels Corporation, and AIC Holding Company

H. Roderic Heard (1167170)
Mark P. Miller (6191128)
Lisa M. Fontoura (6273876)
WILDMAN, HARROLD, ALLEN & DIXON LLP
225 West Wacker Drive
Chicago, IL 60606-1229
(312) 201-2000 / fax: (312) 201-2555

1843422

2

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing *Notice of Filing and Notice of Consent to Removal* referred to thereon was served upon counsel of record by enclosing a true and correct copy and depositing same in the U.S. Mail at 225 West Wacker Drive, Chicago, IL 60606 on January 8, 2008, at the address shown below:

>Thomas A. Demetrio
>William T. Gibbs
>Corboy & Demetrio, P.C.
>33 North Dearborn Street, 21st Floor
>Chicago, Il 60602

/s/ Lisa M. Fontoura