**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| JEFFREY SIEGEL, Administrator of the Estate of MOUSTAPHA AKKAD, Deceased, SOOHA AKKAD, individually; SUSAN GITELSON, Special Administrator of the Estate of RIMA AKKAD MONLA, deceased; and MICHAEL BUTLER, | ) ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | No. 07 C 6830 |
| H GROUP HOLDING, INC., a corporation; GLOBAL HYATT CORPORATION, a corporation; HYATT INTERNATIONAL CORPORATION, a corporation; HYATT CORPORATION, a corporation; HYATT HOTELS CORPORATION, a corporation; HYATT INTERNATIONAL (EUROPE AFRICA MIDDLE EAST) LLC; AIC HOLDING CO., a corporation; HYATT INTERNATIONAL HOLDINGS, CO., a corporation; HI HOLDINGS LUXEMBURG S.a.r.l.; ZARA INVESTMENT HOLDING CO.; and AMMAN TOURISM INVESTMENT CO., LTD., | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Judge John W. Darrah<br><br>Magistrate Susan E. Cox |
| Defendants. | ) ) | |

**NOTICE OF FILING**

TO:  Thomas A. Demetrio
 William T. Gibbs
 Corboy & Demetrio, P.C.
 33 North Dearborn Street, 21st Floor
 Chicago, IL 60602

On Tuesday, January 8, 2008, the undersigned has caused to be filed with the Clerk of the

Court for the United States District Court, Northern District of Illinois, 219 South Dearborn

Street, Chicago, Illinois, a *Notice of Consent to Removal*, a copy of which has been served upon

you.

Respectfully Submitted,


By: _____/s/ Lisa M. Fontoura_____
One of the Attorneys for Defendants
H Group Holding, Inc., Global Hyatt
Corporation, Hyatt International Corporation,
Hyatt Hotels Corporation, and AIC Holding
Company

H. Roderic Heard (1167170)
Mark P. Miller (6191128)
Lisa M. Fontoura (6273876)
WILDMAN, HARROLD,ALLEN & DIXON LLP
225 West Wacker Drive
Chicago, IL 60606-1229
(312) 201-2000 / fax: (312) 201-2555

1843422

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing *Notice of Filing and Notice of Consent to Removal* referred to thereon was served upon counsel of record by enclosing a true and correct copy and depositing same in the U.S. Mail at 225 West Wacker Drive, Chicago, IL 60606 on January 8, 2008, at the address shown below:

> Thomas A. Demetrio
> William T. Gibbs
> Corboy & Demetrio, P.C.
> 33 North Dearborn Street, 21st Floor
> Chicago, IL  60602

/s/ Lisa M. Fontoura