# EXHIBIT E



*the "process" people*

January 14, 2008

To whom it may concern,

Under penalty of perjury, I certify that the attached are true and accurate translations of the documents described in the translation.

Sincerely,

# Hisham Abad

Hisham Abad, PhD
Wizdom Systems, Inc.
1300 Iroquois
Naperville, Illinois 60563
habad@wizdom.com
630.357.3000 x3005

## Submitted to the Rights District Court of Amman

### Plaintiffs:

1. Fidaa Hamdan Saleh Saleh[1] in her personal capacity and as one of the heirs of her martyred husband Muthanna Hussein Abed Al-Raheem Mustafa, and in her capacity as the legal (S)[2] guardian of her two daughters from her departed husband, Noor and Ulaa, where the legal (S) guardianship document was established by the Document of Guardianship number 25/172/172 dated 11/14/2005 and issued by the head of the Raseefa[3] Legal (S) court as a party to the inheritance case. The National (Jordanian) identification number is 9742044299

2. Subhia Hamdan Mustafa Hamdan in her personal capacity and as one of the heirs of her son Muthanna Hussein Abed Al-Raheem Mustafa as a party to the inheritance case. The National (Jordanian) identification number is 9462012343.

3. Ubada Hussein Abed Al-Raheem Mustafa in his personal capacity and as one of the heirs of his brother Muthanna Hussein Abed Al-Raheem Mustafa as a party to the inheritance case. The National (Jordanian) identification number is 9811044199

4. The children of the departed Muthanna Hussein Abed Al-Raheem Mustafa in their personal capacity and their capacity as heirs of their father the departed Muthanna Hussein Abed Al-Raheem Mustafa as parties to the inheritance case. The children are represented by their mother Fidaa Hamdan Saleh Saleh who is their legal (S) guardian according to the Inheritance Survey[4] document No. 71/40/355 dated 07/26/2006 and issued by the head judge of the Raseefa Legal (S) court. The children are:

    (1) Noor Muthanna Hussein Abed Al-Raheem, born 07/07/2000

    (2) Ulaa Muthanna Hussein Abed Al-Raheem, born 10/20/2002

The address of all the plaintiffs is Raseefa, Hussein Neighborhood, Near the UNRWA[5] School, with the exception of the plaintiff Fidaa and her children who live in Dubai, the United Arab Emirates. All plaintiffs are represented by the lawyers Ali Aldairy and Yamen Aldairy from Amman.

### Defendants:

1- Amman Tourist Investment Company, Limited Incorporation licensed in the companies registry under number 3004 on 11/22/1992 in its own capacity and as owner of the brand name Grand Hyatt Amman Hotel located on the Mountain of Amman, Queen Misbah Street, Zahran Region.

2- The Grand Hyatt Amman Hotel, licensed under number 77052 on 02/18/1999 in the registry of commercial brand names of the Ministry of Industry and Trade. The hotel's address is the Mountain of Amman, Third Traffic Circle, Hussein Bin Ali Street.

In the name of Allah, Most Gracious, Most Merciful

| | |
|---|---|
| Advocate | Attorneys at Law |
| Ali Aldairy | Ali Aldairy |
| Yamen Adairy | Yamen Adairy |

## Subject of Complaint:

Require the Defendants to pay 3010 Jordanian Dinars for fees as compensation for the material and moral (psychological) damage suffered by the heirs of the martyr Muthanna Hussein Abed Al-Raheem Mustafa, and according to the experienced estimates of fees, expenses, labor and legal interest.[6]

## Facts:

1- The departed Muthanna Hussein Abed Al-Raheem Mustafa was martyred on 11/09/2005 in the Grand Hyatt Amman Hotel by an explosion set by murderous terrorists, which was made possible by the carelessness of the Defendants in implementing the required security procedures.

2- The first defendant owns the brand commercial name of the Grand Hyatt Amman Hotel according to the records of the commercial registry of the Ministry of Industry and Trade. It is also the owner of the real estate occupied by the Grand Hyatt Amman Hotel.

3- The second defendant, the Grand Hyatt Amman Hotel, which is the hotel where the explosion took place on 11/09/2005, and which resulted in the death of many of the defendants' customers including the plaintiffs' decedent, martyr Muthanna Hussein Abed Al-Raheem Mustafa. The explosion was made possible by the carelessness of the hotel and its sheer disregard of the standards and instructions given to it from the security authorities, the Ministry of Interior and Domestic Affairs, and the Ministry of Tourism and Antiquities to implement a comprehensive security system. The security standards and instructions included the speedy deployment of "Hand Held devices"[7], the deployment of "Walk through" X-ray equipment to search individuals and luggage. The security standards and instructions were issued by the Honorable Minister of Interior in memorandum number 02/28/31102 on 07/04/2004 which was addressed to the Prime Minister in reference to his memorandum number 313/1/5931, and by the Royal High Order in regard to the same subject. There are also other multiple instructions addressed to the defendants for the necessity of the speedy implementation of security measures intended to stop terrorist attacks expected on the mentioned hotel.

4- The negligence of the defendants in following the instructions from official and security authorities, and from the Jordan Hotel Association is the direct reason for the ability of the terrorist to enter the hotel and the occurrence of the explosion which resulted in death and bodily injury. It is known that the terrorist had surveyed the Grand Hyatt Amman and had discovered the absence of security measures and easiness of entering it to perform their evil deeds and that was what happened. It is also known that the Jordan Hotel Association had sent the Grand Amman Hyatt a letter informing it of the complete security instructions issued by the official authorities. The instructions required the implementation of a

Amman – Muhajereen- P. O. Box 3213. Postal Code 1116 Office - Fax 4646945
Amman – Second Traffic Circle- P. O. Box 3213 Postal Code 1116-Fax
Mobile : 0795757689/ 0795771277
E-mail : yamen27380@hotmail.com

2

In the name of Allah, Most Gracious, Most Merciful

Advocate                                                    Attorneys at Law
Ali Aldairy                                                 Ali Aldairy
Yamen Adairy                                                Yamen Adairy

complete set of security measures which would have been sufficient to protects its guests from the expected terrorist attack (and informing the Grand Hyatt Amman of this letter).

5- The Jordanian security agencies headed by the General Intelligence Service and with direct guidance from his Majesty King Abed Allah have proven utmost competence, dedication, vigilance, and readiness to give the ultimate sacrifice to protect the homeland and the citizen and to deter the terrorists and saboteurs. The security services have thwarted the great majority of terrorist operations while in the planning phase. Many of the murderers and terrorists were tried and convicted by the State Security Court. The Court's handed the criminals its just judgments in public, and the public news media published these sentences in all of its media and forms. These facts contradict any claims that the terrorist attacks took the country by surprise and that the attacks were not expected. This is in addition to the comprehensive official instructions directed to the hotels, which we mentioned before. Jordan was, and still is, a secure stable country and this was the reason that motivated the terrorists to try to undermine this stability and security; they have failed by the will of Allah.

6- The first plaintiff, Fidaa, is the widow of the departed Muthanna who was martyred on 11/09/2005 in the Grand Amman Hotel (the second defendant).

7- The second plaintiff, Subhia, is the mother of the martyr and with his loss she has lost her only source of income and has suffered great personal sadness and pain that only Allah, in his glory and highness, knows its extent.

8- The departed also left two minor girls who have no supporter except glorified Allah.

9- All the plaintiffs have lost their only breadwinner and have suffered great pain and sadness due to his loss.

Since the civil responsibility of the defendants has been proven due to their negligence and carelessness in protecting their guests, and since they did not implement any security measures as officially required. This despite the fact the protection of their guests is assumed by law and since your respected court is the official body specialized in this,

**Request:**

For all that has been introduced, and for these reasons, and for what other reasons your honorable court may decide, we respectfully request:

1- Serve the defendants a copy of the complaint and a copy of the supporting documents.

2- After trial and proof of guilt, order the defendants to cooperate in paying the plaintiffs a just compensation for their physical and emotional loss due to the death of their decedent Muthanna Hussein Abed Al-Raheem Mustafa. The

Amman – Muhajereen- P. O. Box 3213. Postal Code 1116 Office - Fax 4646945
Amman – Second Traffic Circle- P. O. Box 3213 Postal Code 1116-Fax
Mobile : 0795757689/ 0795771277
E-mail : yamen27380@hotmail.com

3

In the name of Allah, Most Gracious, Most Merciful

| Advocate | Attorneys at Law |
|---|---|
| Ali Aldairy | Ali Aldairy |
| Yamen Adairy | Yamen Adairy |

    payment should be according to what is decided by the Experience in such matters.

3- Order the defendants to pay all fees, expenses, salaries, and legal interest.

**Translation of Official Stamp:**

> Ministry of Justice
> Circuit Court of Rights of Amman
> Number: 3389
> Date: 11/7/2007
> Signature:

---

[1] Since the translation of the names can differ (as evidenced by the spelling of the two lawyers), we will write the names also in Arabic:

Fidaa Hamdan Saleh Saleh = فداء حمدان صالح صالح
Noor Muthanna Hussein Abed Al-Raheem = نور مثنى حسين عبد الرحيم
Ulaa Muthanna Hussein Abed Al-Raheem = عُلا مثنى حسين عبد الرحيم
Subhia Hamdan Mustafa Hamdan = صبحية حمدان مصطفى حمدان
Ubada Hussein Abed Al-Raheem Mustafa = عبادة حسين عبد الرحيم مصطفى

[2] The "(S)" when occurring after the word "legal" is used to denote "legal according to Islamic Law or Sahria.
[3] A Jordanian city located north east of the Jordanian capital Amman.
[4] According to Islamic law inheritance rights are prescribed by Quranic formulas which determine the share of each heir of dead person. A Sharia judge conducts an "inheritance survey" that determines the legal heirs and their shares. It is allowed for a person to write a will, but he/she can only will a small fraction of his wealth.
[5] UNRWA: United Nations Relief and Works Agency for Palestine Refugees
[6] This paragraph seems contradictory with the "Requests" section at the end of the document. While a good translation, I think the paragraph means they are asking for 3010 JD for fees compensation only.
[7] The document does not specify the type or function of the device but I imagine they are talking about communication equipment (translator).

Amman – Muhajereen- P. O. Box 3213. Postal Code 1116 Office - Fax 4646945
Amman – Second Traffic Circle- P. O. Box 3213 Postal Code 1116-Fax
Mobile : 0795757689/ 0795771277
E-mail : yamen27380@hotmail.com

4

In the name of Allah, Most Gracious, Most Merciful

| Advocate | Attorneys at Law |
|---|---|
| Ali Aldariy | Ali Aldariy |
| Yamen Ali Adariy | Yamen Ali Adariy |

## Submitted to the Rights District Court of Amman

**Plaintiffs:**

1. Subhia Hamdan Mustafa Hamdan[1] in her personal capacity and as one of the heirs of her son Arqam Hussein Abed Al-Raheem Mustafa as a party to the inheritance case, and according to the inheritance document number 69/7/457 issued on 11/14/2005 by the Judge[2] (S) of the Raseefa[3] Court. The National (Jordanian) Identification number is 9462012343.

2. Khitam Farhan Abed Al-Raheem in her personal capacity and as one of the heirs of the deceased Arqam Hussein Abed Al-Raheem Mustafa (her husband), as party to the inheritance case and according to the inheritance document 69/7/457 issued on 11/14/2005. The National (Jordanian) Identification number is 9722023615

3. The children of the deceased Arqam Hussein Abed Al-Raheem Mustafa in their personal capacity, in their capacity as the heirs of the deceased, as parties to the inheritance case of their deceased father Arqam, and according to the inheritance document 69/7/457 issued on 11/14/2005 which was issued by the Judge (S) of the Raseefa Court. The children are:

    1. Shahd, born on 02/27/1994. The National Identification Number is 9942018688
    2. Zaid, born on 12/06/1995. The National Identification Number is 9951048016
    3. Iyas, born on 12/01/1997. The National Identification Number is 9972059975
    4. Yazan, born on 01/30/2003. The National Identification Number is 2000974399
    5. Ranad, born on 01/04/2005. The National Identification Number is 2000974399

All are the children of Arqam Hussein Abed Al-Raheem Mustafa, who was martyred in the explosion that occurred in the Grand Hyatt Amman Hotel on 11/09/2005. Their address is Raseefa, Hussein Neighborhood, Near the UNRWA School. All plaintiffs are represented by the lawyers Ali Aldairy and Yamen Aldairy from Amman.

**Defendants:**

1- Amman Tourist Investment Company, Limited Incorporation, licensed in the companies registry under number 3004 on 11/22/1992 in its own capacity and as owner of the brand name Grand Hyatt Amman Hotel, and as owner of the real estate occupied by the Grand Hyatt Amman Hotel. Its address is Mountain of Amman, Queen Misbah Street, Zahran Region.

2- The Grand Hyatt Amman Hotel, licensed under number 77052 on 02/18/1999 in the registry of commercial brand names. The hotel's address is the Mountain of Amman, Third Traffic Circle, Hussein Bin Ali Street.

3- The Jordanian Insurance Company. Its address is Mountain of Amman, Third Traffic Circle, Behind the Amman Surgical Hospital.

Amman – Muhajereen- P. O. Box 3213. Postal Code 1116 Office - Fax 4646945
Amman – Second Traffic Circle- P. O. Box 3213 Postal Code 1116-Fax
Mobile : 0795757689/ 0795771277
E-mail : yamen27380@hotmail.com

1

In the name of Allah, Most Gracious, Most Merciful

| Advocate | Attorneys at Law |
|---|---|
| Ali Aldariy | Ali Aldariy |
| Yamen Ali Adariy | Yamen Ali Adariy |

## Subject of Complaint:

Require the Defendants to pay 3010 Jordanian Dinars for fees as compensation for the material and emotional damage suffered by the heirs of the deceased Arqam Hussein Abed Al-Raheem Mustafa.

## Facts:

1. The first plaintiff, Subhia is the mother of the deceased Arqam Hussein Abed Al-Raheem Mustafa, who was killed by the murderous terrorist explosion which occurred in the Grand Hyatt Amaan hotel on 11/09/2005. The deceased was a guest of the hotel that day, and with his death the plaintiff lost her only financial supporter. In addition, his loss caused her to suffer great pain and sadness.

2. The second plaintiff is the wife of the deceased Arqam Hussein Abed Al-Raheem Mustafa, who left her five minor children and without any source of income.

3. The rest of the plaintiffs are the children of the deceased Arqam Hussein Abed Al-Raheem Mustafa. All are minors who lost their father and their only source of financial support. They live now under very harsh conditions as orphans with no support but from Glorious Allah.

4. The first defendant is Amman Tourist Investment Company. This company owns the Grand Hyatt Amman and is also the owner of the real estate occupied by the Grand Hyatt Amman Hotel.

5. The second defendant is Grand Hyatt Amman Hotel. It is the hotel where the terrorist explosion took place on 11/09/2005. The explosion resulted in the death of many of the guests of the hotel and the suffering of many others of severe wounds. The causalities occurred because of the negligence of the hotel and its violation of the standards and instructions given to it from the security authorities and the Ministry of Tourism, which previously required the hotel to implement security measures. The required security measures included the deployment of a private security organization to protect the safety and lives of the hotel guests. Its duties were to include searching the hotel guests and their luggage. It also included the installation of monitoring equipment, electronic doors and warning systems, and other public safety procedures. This was especially required in the background of terrorist's public threats to hit the economic and tourism resources in Jordan in a similar way to what happened in Egypt, Spain, Italy, Morocco, and other states throughout the world.

6. The negligence of the defendants in taking any safety measures to protect its customers was the direct reason for the ability of the terrorist to infiltrate the hotel and his "success" in exploding his bomb which resulted in the killing and wounding of many. At the same time, and on the same day of the explosion at Grand Hyatt Amman Hotel, another terrorist tried to enter the Days Inn hotel to perform a similar atrocity. He, however, failed after he was identified before

Amman – Muhajereen- P. O. Box 3213. Postal Code 1116 Office - Fax 4646945
Amman – Second Traffic Circle- P. O. Box 3213 Postal Code 1116-Fax
Mobile : 0795757689/ 0795771277
E-mail : yamen27380@hotmail.com

2

In the name of Allah, Most Gracious, Most Merciful

Advocate                                                                                           Attorneys at Law
Ali Aldariy                                                                                          Ali Aldariy
Yamen Ali Adariy                                                                             Yamen Ali Adariy

entering the hotel by the security personnel of the Days Inn and by the electronic search equipment deployed at the hotel's entrance. After he was discovered, he tried to escape and when he was about to be arrested, he exploded himself with no sorrow felt for him. In this incident, no hotel guest, inside or outside were hurt. The reason for this, as we mentioned earlier, was the vigilance of the Days Inn Hotel and its compliance with the required security instructions and standards.

The honorable Minister of Interior Mr. Awnay Yerfas met at the end of August of 2005 with the directors of the Hotels in Jordan. In that meeting, the minister emphasized the necessity of implementing all safety and security measures in their hotels in order to protect their guests from expected terrorist attacks. Some hotels followed the instructions of the Honorable Minister of Interior and thus were able to thwart terrorist attempts as in the case of the Days Inn Hotel, but some neglected the instructions and thus allowed terrorism to achieve its murderous goals as in the case of the second defendant. In addition, the instructions of the Minister of Tourism and Antiquity require, fundamentally, from all tourism and hotel installations to take all safety and security measures in order to protect its customers.

7- The third defendant, the Jordanian Insurance Company, is the insurer of the first and second defendants; it especially provides the liability insurance as required by the Ministry of Tourism and Antiquity.

8- The Jordanian security services, especially the General Intelligence Service, have shown utmost competence, dedication, and vigilance in their efforts to deter terrorism. These services have succeeded in thwarting the great majority of terrorist operations while in the planning phase. Due to the security services great alertness, many murderous terrorists were tried by the State Security Court which publicly sentenced the guilty and cleared the innocent. Our news organizations have followed all these cases and published their proceedings and results to the general public. This contradicts the claims that the explosion at the Grand Hyatt Amman Hotel was a surprise and unexpected. It also refutes any claim that these explosions were carried out by a third party, claims which attempt to excuse the negligent and release them from their responsibilities. It is the negligent who should bear the consequences of their negligence which was the direct cause of the martyrdom and wounding of many including the decedent of the heirs in this claim.

His late Majesty, King Hussein Bin Talal, may Allah be merciful with him, had adopted a great slogan: "the citizen is the most precious of what we have" and he had implemented this slogan, may Allah be merciful with him.

Due to the instructions and guidance of his Majesty King Abel Allah the Second, the General Intelligence Service was able to protect our state from the evils of terrorism and murder which are spreading around the world. And if it was not for the points of weak security in the hotels which resulted from their negligence in

Amman – Muhajereen- P. O. Box 3213. Postal Code 1116 Office - Fax 4646945
Amman – Second Traffic Circle- P. O. Box 3213 Postal Code 1116-Fax
Mobile : 0795757689/ 0795771277
E-mail : yamen27380@hotmail.com

3

paying this crucial issue enough attention, terrorism would not have found any place for its murder in our country.

Due to what have been presented, and because the negligence of the defendants in implementing the security and safety measures required by reality and law, and because the failure of the Grand Hyatt Amman Hotel to follow the instructions of the Honorable Minister of Interior and the instructions of the Ministry of Tourism, the death of the heirs decedent, along with the others who were martyred or wounded on 11/09/2005, are the direct responsibility of the Grand Hyatt Amman Hotel. The explosion was not a surprise, but was expected, and there is no room to accept any attempt to excuse the defendants form their civil responsibility by claiming that the murderous attack was performed by a third party.[4] For the sake of argument, let us imagine a hotel guest sleeping in his room, then a thief or murder slips into his room and robs or kills him, does this mean the hotel is to be absolved from its responsibility on the grounds that the criminal came from outside the hotel?????????? Is it required from hotel guests to stay armed and awake until the morning to protect their property and life? Does this agree with sound minds and logic? If this was the case, no one will ever sleep in a hotel!

## Request:

Since the civil responsibility of the defendants is proven by their negligence in protecting their customers, we respectfully request the court to:

1- Serve the defendants a copy of the complaint and a list of the accompanying evidence.

2- After trial and proof of guilt, to order the defendants to cooperate in paying the plaintiffs a just compensation for their physical and emotional loss due to the death of their relative and the sole source of their income, and the payment of any additional interest that might have accumulated from the date of their judgment.

3- Order the defendants to pay all legal case expenses and salaries.

In the name of Allah, Most Gracious, Most Merciful

| Advocate | Attorneys at Law |
|---|---|
| Ali Aldariy | Ali Aldariy |
| Yamen Ali Adariy | Yamen Ali Adariy |

**Translation of Official Stamp:**

> Ministry of Justice
>
> Circuit Court of Rights of Amman
>
> Number: 1342
>
> Date: Not legible
>
> Signature:

---

[1] Since the transliteration of the names can differ, we will write the names also in Arabic:
   Subhia Hamdan Mustafa Hamdan: صبحية حمدان مصطفى حمدان
   Arqam Hussein Abed Al-Raheem Mustafa: أرقم حسين عبد الرحيم مصطفى
   Children:
   Shahd = شهد
   Zaid = زيد
   Iyas = إياس
   Yazan = يزن
   Ranad = رند

[2] The "(S) when occurring after the word "legal" is used to denote "legal according to Islamic Law, or Sharia.
[3] A Jordanian city located north east of the Jordanian capital Amman.
[4] Although not specified, I think "third party" here means terrorist parties other than Al Qaeda

Amman – Muhajereen- P. O. Box 3213. Postal Code 1116 Office - Fax 4646945
Amman – Second Traffic Circle- P. O. Box 3213 Postal Code 1116-Fax
Mobile : 0795757689/ 0795771277
E-mail : yamen27380@hotmail.com

5