# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | John W. Darrah | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6830 | **DATE** | 1/15/2008 |
| **CASE TITLE** | Siegel vs. H Group Holding, Inc. | | |

**DOCKET ENTRY TEXT**

Plaintiffs' motion to remand [22] is entered and briefed as follows: a response has been filed, a reply is due by 2/5/08. Status hearing set for 3/6/08 at 9:00 a.m. Defendants' motion for leave to file a brief in excess of 15 pages is granted and is reciprocal [25]. Defendant's motion to dismiss [27] is entered and continued to 3/6/08 at 9:00 a.m.

00:10

| | Courtroom Deputy Initials: | MF |
|---|---|---|