IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JEFFREY SIEGEL, Administrator of the Estate of MOUSTAPHA AKKAD, Deceased, SOOHA AKKAD, individually; SUSAN GITELSON, Special Administrator of the Estate of RIMA AKKAD MONLA, deceased; and MICHAEL BUTLER,<br><br>Plaintiffs,<br><br>v.<br><br>H GROUP HOLDING, INC., a corporation; GLOBAL HYATT CORPORATION, a corporation; HYATT INTERNATIONAL CORPORATION, a corporation; HYATT CORPORATION, a corporation; HYATT HOTELS CORPORATION, a corporation; HYATT INTERNATIONAL (EUROPE AFRICA MIDDLE EAST) LLC; AIC HOLDING CO., a corporation; HYATT INTERNATIONAL HOLDINGS, CO., a corporation; HI HOLDINGS LUXEMBURG S.a.r.l.; ZARA INVESTMENT HOLDING CO.; and AMMAN TOURISM INVESTMENT CO., LTD.,<br><br>Defendants. | No. 07 C 6830<br><br>Judge John W. Darrah<br><br>Magistrate Susan E. Cox |

### NOTICE OF FILING

TO:   Thomas A. Demetrio
      William T. Gibbs
      Corboy & Demetrio, P.C.
      33 North Dearborn Street, 21st Floor
      Chicago, IL 60602

On January 25, 2008, the undersigned has caused to be filed with the Clerk of the Court for the United States District Court, Northern District of Illinois, 219 South Dearborn Street, Chicago, Illinois, the attached signed affidavit of Hisham Abad, PhD, part of Group Exhibit E to

*Defendants H Group Holding, Inc., Global Hyatt Corporation, Hyatt International Corporation, Hyatt Corporation, Hyatt Hotels Corporation, and Hyatt International (Europe Middle East Africa) LLC's Memorandum of Law in Support of Defendants' Consolidated Motion to Dismiss Plaintiffs' Amended Complaint and Opposition to Plaintiffs' Motion to Remand* (filed on January 14, 2008), a copy of which is hereby served upon you.

Respectfully Submitted,

By: /s/ Mark P. Miller
One of the Attorneys for
Defendants H Group Holding, Inc., Global Hyatt Corporation, Hyatt International Corporation, Hyatt Corporation, Hyatt Hotels Corporation, and Hyatt International (Europe Middle East Africa) LLC

H. Roderic Heard (1167170)
Mark P. Miller (6191128)
Lisa M. Fontoura (6273876)
WILDMAN, HARROLD, ALLEN & DIXON LLP
225 West Wacker Drive
Chicago, IL 60606-1229
(312) 201-2000 / fax: (312) 201-2555

January 14, 2008

To whom it may concern,

Under penalty of perjury, I certify that the attached are true and accurate translations of the documents described in the translation.

Sincerely,

Hisham Abad, PhD
Wizdom Systems, Inc.
1300 Iroquois
Naperville, Illinois 60563
habad@wizdom.com
630.357.3000 x3005

## CERTIFICATE OF SERVICE

I, Mark P. Miller, an attorney, state that I have served a copy of the foregoing *Notice of Filing* to all counsel of record via electronic case filing system (CM/ECF) as indicated below, from 225 West Wacker Drive, Chicago, Illinois, 60606, on this 25th day of January 2008:

Thomas A. Demetrio – tad@corboydemetrio.com

William T. Gibbs – wtg@corboydemetrio.com

/s/ Mark P. Miller