

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | John W. Darrah | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6830 | **DATE** | 1/30/2008 |
| **CASE TITLE** | Siegel vs. H Group Holding, Inc., et. al. | | |

**DOCKET ENTRY TEXT**

Enter Agreed Order that defendants Hyatt International Holdings, Co. and AIC Holding Co. Shall file their motions to dismiss on or before 2/6/08.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | MF |
|---|---|---|