IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JEFFREY SIEGEL, Administrator of the Estate of MOUSTAPHA AKKAD, Deceased, *et al.*<br><br>Plaintiffs,<br><br>v.<br><br>H GROUP HOLDING, INC., a corporation; GLOBAL HYATT CORPORATION, a corporation, *et al.*,<br><br>Defendants. | No. 07 C 6830<br>Judge John W. Darrah<br>Magistrate Cox |

### AGREED ORDER

WHEREFORE, the parties having stipulated and agreed, at the request of Defendants Hyatt International Holdings, Co., and AIC Holding Co., to a brief extension of time for Defendants Hyatt International Holdings, Co. and AIC Holding Co. to file their motions to dismiss in response to Plaintiffs' Amended Complaint,

**IT IS HEREBY ORDERED** that Defendants Hyatt International Holdings, Co. and AIC Holding Co. shall file their motions to dismiss on or before February 6, 2008.

ENTERED:

Dated: January 30, 2008

The Honorable John W. Darrah, United States District Court Judge