IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JEFFREY SIEGEL, Administrator of the Estate of MOUSTAPHA AKKAD, Deceased, et al._____Plaintiffs,_____v._____H GROUP HOLDING, INC., a corporation; et al.,_____Defendants. | )<br>)<br>)<br>)<br>)<br>) No. 07 C 6830<br>) Judge John W. Darrah<br>) Magistrate Susan E. Cox<br>)<br>)<br>) |

## NOTICE OF MOTION

TO:   Counsel of Record

PLEASE TAKE NOTICE that on February 12, 2008, at 9:00 a.m., or as soon thereafter as counsel may be heard, the undersigned shall appear before the Honorable John W. Darrah or any judge sitting in his stead, in Room 1203 of the United States District Court for the Northern District of Illinois, 219 South Dearborn Street, Chicago, Illinois, and shall then and there present the parties' *Agreed Motion for Entry of Protective Order*, copy of which has been served upon you.

Respectfully submitted,

By:   /s/ Lisa M. Fontoura

H. Roderic Heard (1167170)
Mark P. Miller (6191128)
Lisa M. Fontoura (6273876)
WILDMAN, HARROLD, ALLEN & DIXON LLP
225 West Wacker Drive, Suite 2800
Chicago, IL 60606-1229
(312) 201-2000
*Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

I, Lisa M. Fontoura, an attorney, state that I have served a copy of the foregoing *Notice of Motion* and *Agreed Motion for Entry of Protective Order* to all counsel of record via electronic case filing system (CM/ECF) as indicated below, from 225 West Wacker Drive, Chicago, Illinois, 60606, on this 5th day of February 2008:

Thomas A. Demetrio – tad@corboydemetrio.com

William T. Gibbs – wtg@corboydemetrio.com

/s/ Lisa M. Fontoura