#108                                                                2/5/08                        2007S-0284

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS,
EASTERN DIVISION**

| | |
|---|---|
| JEFFREY SIEGEL, Administrator of the Estate of MOUSTAPHA AKKAD, deceased; SOOHA AKKAD, Individually; SUSAN GITELSON, Special Administrator of the Estate of RIMA AKKAD MONLA, deceased; and MICHAEL BUTLER, <br><br>              Plaintiffs, <br><br>              v. <br><br>H GROUP HOLDING, INC., a corporation ("H GROUP"); GLOBAL HYATT CORPORATION, a corporation ("GLOBAL"); HYATT INTERNATIONAL CORPORATION, a corporation ("HI"); HYATT CORPORATION, a corporation ("HYATT CORP."); HYATT HOTELS CORPORATION, a corporation ("HYATT HOTELS"); HYATT INTERNATIONAL (EUROPE AFRICA MIDDLE EAST) LLC ("HYATT EAME"); AIC HOLDING CO., a corporation ("AIC"); HYATT INTERNATIONAL HOLDINGS CO., a corporation ("HIH"); HI HOLDINGS LUXEMBURG S.a.r.l. ("HI LUX"); ZARA INVESTMENT (HOLDING) CO. ("ZARA"); and AMMAN TOURISM INVESTMENT COMPANY, LTD. ("ATIC"); <br><br>              Defendants. | No. 07 C 6830 <br><br>Judge John W. Darrah <br><br>Magistrate Judge Susan E. Cox |

## NOTICE OF FILING

To:   See Attached Service List

    PLEASE TAKE NOTICE that I have this date filed with the Clerk of the United States District Court for the Northern District of Illinois, the attached: **Plaintiffs' Reply to Defendant, Hyatt International (Europe Africa Middle East) LLC's ("EAME") Memorandum of Law In Opposition to Plaintiffs' Motion to Remand.**

    Dated at Chicago, Illinois this 5th day of February, 2008.

*/s/ Corboy & Demetrio*
CORBOY & DEMETRIO
Attorneys for Plaintiffs

| | | |
|---|---|---|
| STATE OF ILLINOIS | ) | 33 North Dearborn, 21st Floor |
| | ) SS. | Chicago, Illinois 60602 |
| COUNTY OF COOK | ) | (312) 346-3191 |

### PROOF OF SERVICE

    I, Maureen McIntyre, a non-attorney, being first duly sworn on oath, deposes and says that she served a copy of the above upon the above-named attorney(s) by enclosing a true and correct copy thereof in a duly-addressed, postage prepaid envelope and depositing same in the U.S. Mail Chute at 33 North Dearborn Street, Chicago, Illinois, on February 5, 2008.

*/s/ Maureen J. McIntyre*

[X]   Under penalties as provided by law pursuant to 735 Illinois Compiled Statutes 5/1-109 (1993), I certify that the statements set forth herein are true and correct.

Case 1:07-cv-06830   Document 37   Filed 02/05/2008   Page 3 of 3

## SERVICE LIST

Re:    Jeffrey Siegel, Administrator of the Estate of Moustapha Akkad, Decd., and Sooha Akkad v. Global Hyatt Corporation and Hyatt International Corporation

File No.:    2007S-0284
Court No.    2007 L 009489

Mr. H. Roderic Heard
Ms. Lisa M. Fontoura
**WILDMAN, HARROLD, ALLEN & DIXON, LTD.**
225 W. Wacker Drive
Suite 3000
Chicago, Illinois 60606-1229
Phone:    312-201-2000
Fax:    312-201-2555
Email:    heard@wildman.com
**ATTORNEY FOR DEFENDANTS GLOBAL HYATT CORPORATION, HYATT INTERNATIONAL CORPORATION AND HYATT INTERNATIONAL (EUROPE AFRICA MIDDLE EAST) LLC**

Mr. Browne Greene
Mr. Geoffrey Wells
**GREENE, BROILLET & WHEELER, LLP**
100 Wilshire Boulevard
21st Floor
P.O. Box 2131
Santa Monica, California 90401
310-576-1200
**ATTORNEYS FOR PLAINTIFFS**

Mr. Michael Weisman
**WEISMAN & MCINTYRE**
99 Summer Street
Suite 2010
Boston, Massachusetts 02110
617-720-2727
**ATTORNEYS FOR PLAINTIFF, MICHAEL BUTLER**