IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JEFFREY SIEGEL, Administrator of the Estate of MOUSTAPHA AKKAD, Deceased, SOOHA AKKAD, individually; SUSAN GITELSON, Special Administrator of the Estate of RIMA AKKAD MONLA, deceased; and MICHAEL BUTLER, | ) ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | No. 07 C 6830 |
| H GROUP HOLDING, INC., a corporation; GLOBAL HYATT CORPORATION, a corporation; HYATT INTERNATIONAL CORPORATION, a corporation; HYATT CORPORATION, a corporation; HYATT HOTELS CORPORATION, a corporation; HYATT INTERNATIONAL (EUROPE AFRICA MIDDLE EAST) LLC; AIC HOLDING CO., a corporation; HYATT INTERNATIONAL HOLDINGS, CO., a corporation; HI HOLDINGS LUXEMBOURG S.a.r.l.; ZARA INVESTMENT HOLDING CO.; and AMMAN TOURISM INVESTMENT CO., LTD., | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Judge John W. Darrah<br><br>Magistrate Susan E. Cox |
| Defendants. | ) | |

**DEFENDANTS AIC HOLDING CO. AND HYATT INTERNATIONAL HOLDINGS CO.'S MOTION TO DISMISS PLAINTIFFS' AMENDED COMPLAINT**

Defendants AIC Holding Co. and Hyatt International Holdings Co. ("HI Holdings"), through their attorneys, respectfully join in their co-defendants' Consolidated Motion To Dismiss, filed on January 14, 2008. HI Holdings also respectfully moves this Court to dismiss it from this action for lack of personal jurisdiction under Rule 12(b)(2) of the Federal Rules of Civil Procedure. In support of their motion, Defendants incorporate the accompanying memorandum of law.

2

      WHEREFORE, AIC Holding Co. and Hyatt International Holdings Co. respectfully request that this Court enter an Order consistent with their co-defendants' prayers for relief in co-defendants' Combined Motion to Dismiss and an Order dismissing Hyatt International Holdings Co. for lack of personal jurisdiction under Rule 12(b)(2) of the Federal Rules of Civil Procedure.

Dated:  February 6, 2008                  Respectfully submitted,

                                     By:    /s/ Mark P. Miller

H. Roderic Heard (1167170)
Mark P. Miller (6191128)
Lisa M. Fontoura (6273876)
Christine E. Skoczylas (6293811)
WILDMAN, HARROLD, ALLEN & DIXON LLP
225 West Wacker Drive
Chicago, IL 60606-1229
(312) 201-2000

**CERTIFICATE OF SERVICE**

I, Mark P. Miller, an attorney, state that I have served a copy of the foregoing *Defendants AIC Holding Co. and Hyatt International Holdings Co.'s Motion to Dismiss Plaintiffs' Amended Complaint* to all counsel of record via electronic case filing system (CM/ECF) as indicated below, from 225 West Wacker Drive, Chicago, Illinois, 60606, on this 6th day of February, 2008:

Thomas A. Demetrio – tad@corboydemetrio.com

William T. Gibbs – wtg@corboydemetrio.com

/s/ Mark P. Miller