#108   TAD/MKD/WTG/mm                                    2/7/08           2007S-0284

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS,
## EASTERN DIVISION

JEFFREY SIEGEL, Administrator of the Estate
of MOUSTAPHA AKKAD,
deceased;
SOOHA AKKAD, Individually;
SUSAN GITELSON, Special Administrator of
the Estate of RIMA AKKAD MONLA,
deceased; and
MICHAEL BUTLER,

              Plaintiffs,

     v.

H GROUP HOLDING, INC., a corporation
("H GROUP");
GLOBAL HYATT CORPORATION,
a corporation ("GLOBAL");
HYATT INTERNATIONAL
CORPORATION, a corporation ("HI");         No. 07 C 6830
HYATT CORPORATION, a corporation
("HYATT CORP.");                            Judge John W. Darrah
HYATT HOTELS CORPORATION,
a corporation ("HYATT HOTELS");             Magistrate Judge Susan E. Cox
HYATT INTERNATIONAL (EUROPE
AFRICA MIDDLE EAST) LLC
("HYATT EAME");
AIC HOLDING CO., a corporation ("AIC");
HYATT INTERNATIONAL HOLDINGS
CO., a corporation ("HIH");
HI HOLDINGS LUXEMBURG S.a.r.l.
("HI LUX");
ZARA INVESTMENT (HOLDING) CO.
("ZARA"); and
AMMAN TOURISM INVESTMENT
COMPANY, LTD. ("ATIC");

              Defendants.

## NOTICE OF MOTION

To:   See Attached Service List

On Wednesday, February 13, 2008, at 9:00 a.m., or as soon thereafter as counsel may be heard, I shall appear before The Honorable John W. Darrah or any judge sitting in his stead, in the courtroom usually occupied by him in Room 1203 of the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, and shall then and there present the attached **Agreed Motion to Remove Document Number 36 and to Refile Said Document Under Seal Pursuant to Local Rules 5.8 and 26.2.**

Dated at Chicago, Illinois this 7th day of February, 2008.

*Corboy & Demetrio*
CORBOY & DEMETRIO
Attorneys for Plaintiffs

| | | |
|---|---|---|
| STATE OF ILLINOIS | ) | 33 North Dearborn, 21st Floor |
| | ) SS. | Chicago, Illinois 60602 |
| COUNTY OF COOK | ) | (312) 346-3191 |

## PROOF OF SERVICE

I, Maureen McIntyre, a non-attorney, being first duly sworn on oath, deposes and says that she served a copy of the above upon the above-named attorney(s) by enclosing a true and correct copy thereof in a duly-addressed, postage prepaid envelope and depositing same in the U.S. Mail Chute at 33 North Dearborn Street, Chicago, Illinois, on February 7, 2008.

*Maureen J. McIntyre*

[X]   Under penalties as provided by law pursuant to 735 Illinois Compiled Statutes 5/1-109 (1993), I certify that the statements set forth herein are true and correct.

## SERVICE LIST

**Re:** Jeffrey Siegel, Administrator of the Estate of Moustapha Akkad, Decd., and Sooha Akkad v. Global Hyatt Corporation and Hyatt International Corporation

**File No.:** 2007S-0284
**Court No.** 2007 L 009489

Mr. H. Roderic Heard
Ms. Lisa M. Fontoura
**WILDMAN, HARROLD, ALLEN & DIXON, LTD.**
225 W. Wacker Drive
Suite 3000
Chicago, Illinois 60606-1229
Phone:    312-201-2000
Fax:      312-201-2555
Email:    heard@wildman.com
**ATTORNEY FOR DEFENDANTS GLOBAL HYATT CORPORATION, HYATT INTERNATIONAL CORPORATION AND HYATT INTERNATIONAL (EUROPE AFRICA MIDDLE EAST) LLC**

Mr. Browne Greene
Mr. Geoffrey Wells
**GREENE, BROILLET & WHEELER, LLP**
100 Wilshire Boulevard
21st Floor
P.O. Box 2131
Santa Monica, California 90401
310-576-1200
**ATTORNEYS FOR PLAINTIFFS**

Mr. Michael Weisman
**WEISMAN & MCINTYRE**
99 Summer Street
Suite 2010
Boston, Massachusetts 02110
617-720-2727
**ATTORNEYS FOR PLAINTIFF, MICHAEL BUTLER**