**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.0**
**Eastern Division**

Jeffrey Siegel, et al.
                         Plaintiff,

v.                                  Case No.: 1:07−cv−06830
                                                  Honorable John W. Darrah

H Group Holding Inc, et al.
                         Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, February 13, 2008:

       MINUTE entry before Judge John W. Darrah :Status hearing set for 3/6/08 is re−set to 3/12/08 at 9:00 a.m. Defendants' motions to dismiss [27, 38] will be heard on 3/12/08 at 9:00 a.m. Mailed notice(maf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.