# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| JEFFREY SIEGEL, Administrator of the Estate of Moustapha Akkad, Deceased, et al. v. H GROUP HOLDING, INC., GLOBAL HYATT INTERNATIONAL, et al. | 07 C 6830  Judge Darrah |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

H GROUP HOLDING, INC., a corporation; HYATT CORPORATION, a corporation; HYATT HOTELS CORPORATION, a corporation; HYATT INTERNATIONAL HOLDINGS, CO., a corporation; AIC HOLDING CO., a corporation

| | |
|---|---|
| **NAME** (Type or print)  H. RODERIC HEARD | |
| **SIGNATURE** (Use electronic signature if the appearance form is filed electronically)  s/H. Roderic Heard | |
| **FIRM**  Wildman Harrold Allen & Dixon LLP | |
| **STREET ADDRESS**  225 West Wacker Drive, Suite 2800 | |
| **CITY/STATE/ZIP**  Chicago, IL 60606 | |
| **ID NUMBER** (SEE ITEM 3 IN INSTRUCTIONS)  1167170 | **TELEPHONE NUMBER**  312-201-2623 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES [X]  NO [ ] |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES [ ]  NO [X] |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES [X]  NO [ ] |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES [X]  NO [ ] |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.  RETAINED COUNSEL [ ]   APPOINTED COUNSEL [ ] | |

## **CERTIFICATE OF SERVICE**

I, Lisa M. Fontoura, an attorney, state that I have served a copy of the foregoing *Appearance* to all counsel of record via electronic case filing system (CM/ECF) as indicated below, from 225 West Wacker Drive, Chicago, Illinois, 60606, on this 13th day of February 2008:

>Thomas A. Demetrio – tad@corboydemetrio.com
>William T. Gibbs – wtg@corboydemetrio.com
>Michael Kelly Demetrio – mkd@corboydemetrio.com
>Daniel M. Kotin – dmk@corboydemetrio.com


/s/ Lisa M. Fontoura