Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | John W. Darrah | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6830 | **DATE** | 2/12/2008 |
| **CASE TITLE** | Siegel vs. H Group Holding, Inc. | | |

**DOCKET ENTRY TEXT**

Plaintiffs' motion to seal document number [36] is granted [41, 42]. The clerk is directed to remove document [36], plaintiffs' reply to defendants' memorandum of law in opposition to plaintiffs' motion to remand, from the electronic docket and place it under seal. Parties' joint motion for a protective order is granted as stated on the record [34]. Enter Protective Order.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

00:10

| | Courtroom Deputy Initials: | MF |
|---|---|---|
| | | |

07C6830 Siegel vs. H Group Holding, Inc.