IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JEFFREY SIEGEL, Administrator of the Estate of MOUSTAPHA AKKAD, Deceased, et al.<br><br>Plaintiffs,<br><br>v.<br><br>H GROUP HOLDING, INC., a corporation; et al.,<br><br>Defendants. | No. 07 C 6830<br>Judge John W. darrah |

# FILED UNDER SEAL

### EXHIBIT A

### DEFENDANTS' SUR-REPLY IN OPPOSITION TO PLAINTIFFS' MOTION TO REMAND

H. Roderic Heard (1167170) heard@wildman.com
Mark P. Miller (6191128) millerm@wildman.com
Lisa M. Fontoura (6273876) fontoura@wildman.com
Christine E. Skoczylas (6293811) skoczylas@wildman.com
WILDMAN, HARROLD, ALLEN & DIXON LLP
Attorneys for Defendants
225 West Wacker Drive
Chicago, IL 60606-1229
(312) 201-2000