## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | John W. Darrah | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6830 | **DATE** | 2/21/08 |
| **CASE TITLE** | Siegal, et al. v. H Group Holdings, Inc., et al. | | |

**DOCKET ENTRY TEXT:**

Defendants' motion for leave to file a sur-reply under seal [50, 51] is granted.

Docketing to mail notices.

| | Courtroom Deputy Initials: | mf |
|---|---|---|