U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

JEFFREY SIEGEL, Administrator of the Estate of MOUSTAPHA AKKAD, Deceased, et al. v. H. GROUP HOLDING, INC., a corporation, et al.

Case Number: 07 C 6830

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

ZARA INVESTMENT CO., and AMMAN TOURISM INVESTMENT COMPANY, LTD.

| | |
|---|---|
| NAME (Type or print) <br> Adam J. Glazer | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Adam J. Glazer | |
| FIRM <br> Schoenberg Finkel Newman & Rosenberg, LLC | |
| STREET ADDRESS <br> 222 S. Riverside Plaza, #2100 | |
| CITY/STATE/ZIP <br> Chicago, Illinois 60606 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6199294 | TELEPHONE NUMBER <br> 312-648-2300 ext. 363 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐       APPOINTED COUNSEL ☐ | |