**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| JEFFREY SIEGEL, Administrator of | ) | |
| the Estate of   MOUSTAPHA AKKAD, | ) | |
| Deceased, SOOHA AKKAD, individually; | ) | |
| SUSAN GITELSON, Special Administrator | ) | |
| of the Estate of RIMA AKKAD MONLA, | ) | |
| deceased; and MICHAEL BUTLER, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 07 C 6830 |
| | ) | Judge John W. Darrah |
| H GROUP HOLDING, INC., | ) | |
| a corporation; GLOBAL HYATT | ) | |
| CORPORATION, a corporation; | ) | |
| HYATT INTERNATIONAL | ) | |
| CORPORATION, a corporation; HYATT | ) | |
| CORPORATION, a corporation; HYATT | ) | |
| HOTELS CORPORATION, a corporation; | ) | |
| HYATT INTERNATIONAL (EUROPE | ) | |
| AFRICA MIDDLE EAST) LLC; | ) | |
| AIC HOLDING CO., a | ) | |
| corporation; HYATT INTERNATIONAL | ) | |
| HOLDINGS, CO., a corporation; | ) | |
| HI HOLDINGS LUXEMBURG S.a.r.l.; | ) | |
| ZARA INVESTMENT HOLDING CO.; | ) | |
| and AMMAN TOURISM INVESTMENT | ) | |
| CO., LTD., | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on Tuesday, March 24, 2008, at 9:00 a..m., or as soon thereafter as counsel may be heard, I shall appear before Judge Darrah in courtroom 1203 at 219 S. Dearborn St., Chicago, Illinois, and then and there present the attached **Agreed Motion of Defendants Zara Investment (Holding) Co. and Amman Tourism Investment Co. Ltd. for Additional Time to File Motion Pursuant to 12(b) in Lieu of Answer**, and at which time and place you may appear as you see fit.

Respectfully submitted,

By: ___/s/ Adam J. Glazer___
One of Defendants' Attorneys

Adam J. Glazer
Richard M. Goldwasser
Schoenberg Finkel Newman & Rosenberg, Ltd.
222 South Riverside Plaza, Suite 2100
Chicago, Illinois 60606-6101
312/648-2300

## PROOF OF SERVICE

Adam J. Glazer, an attorney, hereby certifies that he caused a copy of the attached **Agreed Motion of Defendants Zara Investment (Holding) Co. and Amman Tourism Investment Co. Ltd. for Additional Time to File Motion Pursuant to 12(b) in Lieu of Answer** to be served on all counsel via electronic case filing system (CM/ECF) as indicated below, from 222 South Riverside Plaza at 222 S. Riverside Plaza, Chicago, Illinois before 5:00 p.m. on March 17, 2008.

Thomas A. Demetrio - tad@corboydemetrio.com

William T. Gibbs - wtg@corboydemetrio.com

Mark P. Miller - millerm@wildman.com


_____ /s/ Adam J. Glazer _____ _____