IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JEFFREY SIEGEL, Administrator of the Estate of MOUSTAPHA AKKAD, Deceased, SOOHA AKKAD, individually; SUSAN GITELSON, Special Administrator of the Estate of RIMA AKKAD MONLA, deceased; and MICHAEL BUTLER,<br>　　　　　Plaintiffs,<br><br>　　v.<br><br>H GROUP HOLDING, INC., a corporation; GLOBAL HYATT CORPORATION, a corporation; HYATT INTERNATIONAL CORPORATION, a corporation; HYATT CORPORATION, a corporation; HYATT HOTELS CORPORATION, a corporation; HYATT INTERNATIONAL (EUROPE AFRICA MIDDLE EAST) LLC; AIC HOLDING CO., a corporation; HYATT INTERNATIONAL HOLDINGS, CO., a corporation; HI HOLDINGS LUXEMBURG S.a.r.l.; ZARA INVESTMENT HOLDING CO.; and AMMAN TOURISM INVESTMENT CO., LTD.,<br>　　　　　Defendants. | No. 07 C 6830<br>Judge John W. Darrah |

**CONSENT TO REMOVAL**

　　Defendants Zara Investment (Holding) Co. and Amman Tourism Investment Co., Ltd., by their undersigned counsel, consent to the removal of this action from the Circuit Court of Cook County, Illinois, to this Court, and state:

　　1.　　On December 4, 2007, defendant Hyatt International (Europe Africa Middle East) LLC provided notice of removal of this action from this Circuit Court of Cook County, Illinois to this Court.

　　2.　　On January 17, 2008, defendants Zara Investment (Holding) Co. and Amman Tourism

Investment Co. received summons and a copy of plaintiffs' Amended Complaint at Law, and filed their appearances by counsel on March 17, 2008.

    3.    Defendants Zara Investment (Holding) Co. and Amman Tourism Investment Co., hereby consent to the removal of this of this action from the Circuit Court of Cook County, Illinois to this Court.

Respectfully submitted,

/s/ Adam J. Glazer
One of Defendants' Attorneys

Adam J. Glazer
Richard M. Goldwasser
Schoenberg Finkel Newman & Rosenberg, LLC
222 South Riverside Plaza
Suite 2100
Chicago, Illinois 60606
(312) 648-2300

-2-