IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JEFFREY SIEGEL, Administrator of the Estate of MOUSTAPHA AKKAD, Deceased, SOOHA AKKAD, individually; SUSAN GITELSON, Special Administrator of the Estate of RIMA AKKAD MONLA, deceased; and MICHAEL BUTLER,<br>　　　　　　Plaintiffs,<br><br>v.<br><br>H GROUP HOLDING, INC., a corporation; GLOBAL HYATT CORPORATION, a corporation; HYATT INTERNATIONAL CORPORATION, a corporation; HYATT CORPORATION, a corporation; HYATT HOTELS CORPORATION, a corporation; HYATT INTERNATIONAL (EUROPE AFRICA MIDDLE EAST) LLC; AIC HOLDING CO., a corporation; HYATT INTERNATIONAL HOLDINGS, CO., a corporation; HI HOLDINGS LUXEMBURG S.a.r.l.; ZARA INVESTMENT HOLDING CO.; and AMMAN TOURISM INVESTMENT CO., LTD.,<br>　　　　　　Defendants. | No. 07 C 6830<br>Judge John W. Darrah |

### NOTICE OF FILING

PLEASE TAKE NOTICE that on March 18, 2008, we filed with the Clerk of the United States District Court for the Northern District of Illinois Eastern Division, 219 S. Dearborn St., Chicago, IL, **Defendants Consent to Removal**, a copy of which is served upon you.
Respectfully submitted,

By:  /s/ Adam J. Glazer
　　　　One of Defendants' Attorneys

Adam J. Glazer
Richard M. Goldwasser
Schoenberg Finkel Newman & Rosenberg, Ltd.
222 South Riverside Plaza, Suite 2100
Chicago, Illinois 60606-6101
312/648-2300

## PROOF OF SERVICE

Adam J. Glazer, an attorney, hereby certifies that he caused a copy of the attached **Consent to Removal** to be served on all counsel via electronic case filing system (CM/ECF) as indicated below, from 222 South Riverside Plaza at 222 S. Riverside Plaza, Chicago, Illinois before 5:00 p.m. on March 18, 2008.

      Thomas A. Demetrio - tad@corboydemetrio.com

      William T. Gibbs - wtg@corboydemetrio.com

      Mark P. Miller - millerm@wildman.com


                                    /s/ Adam J. Glazer