## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | John W. Darrah | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6830 | **DATE** | 3/19/08 |
| **CASE TITLE** | Siegel, et al. v. H Group Holding, Inc., et al. | | |

**DOCKET ENTRY TEXT:**

Defendants' motion for additional time [55, 56] is granted. Defendants have until 3/25/08 to file a motion under Rule 12(b) of the Federal Rules of Civil Procedure.


Docketing to mail notices.

| | Courtroom Deputy Initials: | mf |
|---|---|---|