**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| JEFFREY SIEGEL, Administrator of the Estate of   MOUSTAPHA AKKAD, Deceased, SOOHA AKKAD, individually; SUSAN GITELSON, Special Administrator of the Estate of RIMA AKKAD MONLA, deceased; and MICHAEL BUTLER, | ) ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | No. 07 C 6830 Judge John W. Darrah |
| H GROUP HOLDING, INC., a corporation; GLOBAL HYATT CORPORATION, a corporation; HYATT INTERNATIONAL CORPORATION, a corporation; HYATT CORPORATION, a corporation; HYATT HOTELS CORPORATION, a corporation; HYATT INTERNATIONAL (EUROPE AFRICA MIDDLE EAST) LLC; AIC HOLDING CO., a corporation; HYATT INTERNATIONAL HOLDINGS, CO., a corporation; HI HOLDINGS LUXEMBURG S.a.r.l.; ZARA INVESTMENT HOLDING CO.; and AMMAN TOURISM INVESTMENT CO., LTD., | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on Tuesday, April 1, 2008, at 9:00 a..m., or as soon thereafter as counsel may be heard, I shall appear before Judge Darrah in courtroom 1203 at 219 S. Dearborn St., Chicago, Illinois, and then and there present the attached **Defendants' Motion to Dismiss**, and at which time and place you may appear as you see fit.

                                          Respectfully submitted,

                                      By:   /s/ Adam J. Glazer
                                                One of Defendants' Attorneys

Adam J. Glazer
Richard M. Goldwasser
Schoenberg Finkel Newman & Rosenberg, Ltd.
222 South Riverside Plaza, Suite 2100
Chicago, Illinois 60606-6101
312/648-2300

**PROOF OF SERVICE**

  Adam J. Glazer, an attorney, hereby certifies that he caused a copy of the attached **Defendants' Motion to Dismiss** to be served on all counsel via electronic case filing system (CM/ECF) as indicated below, from 222 South Riverside Plaza at 222 S. Riverside Plaza, Chicago, Illinois before 5:00 p.m. on March 25, 2008.

  Thomas A. Demetrio - tad@corboydemetrio.com

  William T. Gibbs - wtg@corboydemetrio.com

  Mark P. Miller - millerm@wildman.com


            /s/ Adam J. Glazer