IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JEFFREY SIEGEL, Administrator of the Estate of MOUSTAPHA AKKAD, Deceased, SOOHA AKKAD, individually; SUSAN GITELSON, Special Administrator of the Estate of RIMA AKKAD MONLA, deceased; and MICHAEL BUTLER, <br><br>Plaintiffs, <br><br>v. <br><br>H GROUP HOLDING, INC., a corporation; GLOBAL HYATT CORPORATION, a corporation; HYATT INTERNATIONAL CORPORATION, a corporation; HYATT CORPORATION, a corporation; HYATT HOTELS CORPORATION, a corporation; HYATT INTERNATIONAL (EUROPE AFRICA MIDDLE EAST) LLC; AIC HOLDING CO., a corporation; HYATT INTERNATIONAL HOLDINGS, CO., a corporation; HI HOLDINGS LUXEMBURG S.a.r.l.; ZARA INVESTMENT HOLDING CO.; and AMMAN TOURISM INVESTMENT CO., LTD., <br><br>Defendants. | No. 07 C 6830 <br> Judge John W. Darrah |

### AFFIDAVIT OF KHALED S. MASRI

Affiant, Khaled S. Masri being duly sworn on oath deposes and states as follows:

1.  I have personal knowledge of the matters contained herein and if called to testify at trial, I could competently testify thereto.

2. I am Vice-Chairman of Zara Investment (Holding) Co.

3. Zara Investment (Holding) Co. is incorporated under the laws of Jordan, and maintains its principal place of business in Amman, Jordan.

4. Zara Investment (Holding) Co. is not registered to do business in Illinois, and has not designated an agent for service of process in Illinois.

5. Zara Investment (Holding) Co. has no offices, employees, bank accounts or any other assets in Illinois.

6. Zara Investment (Holding) Co. does not transact any business in Illinois.

7. Zara Investment (Holding) Co. does not advertise or solicit business in Illinois.

8. Zara Investment (Holding) Co. does not maintain a telephone, telex or telefax number in Illinois.

9. No one on behalf of Zara Investment (Holding) Co. traveled to Illinois to negotiate or sign the management agreement entered into by Amman Tourism Investment Co. and Hyatt International Europe Africa Middle East Ltd.

10. Zara Investment (Holding) Co. owns 100% of the shares of Amman Tourism Investment Co., Ltd.

I declare under the penalty of perjury pursuant to the laws of the United States of America that the foregoing is true and correct.

_____
Khaled S. Masri

Dated: March 23, 2008.