IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JEFFREY SIEGEL, Administrator of the Estate of MOUSTAPHA AKKAD, Deceased, SOOHA AKKAD, individually; SUSAN GITELSON, Special Administrator of the Estate of RIMA AKKAD MONLA, deceased; and MICHAEL BUTLER, <br><br> Plaintiffs, <br><br> v. <br><br> H GROUP HOLDING, INC., a corporation; GLOBAL HYATT CORPORATION, a corporation; HYATT INTERNATIONAL CORPORATION, a corporation; HYATT CORPORATION, a corporation; HYATT HOTELS CORPORATION, a corporation; HYATT INTERNATIONAL (EUROPE AFRICA MIDDLE EAST) LLC; AIC HOLDING CO., a corporation; HYATT INTERNATIONAL HOLDINGS, CO., a corporation; HI HOLDINGS LUXEMBURG S.a.r.l.; ZARA INVESTMENT HOLDING CO.; and AMMAN TOURISM INVESTMENT CO., LTD., <br><br> Defendants. | No. 07 C 6830 <br> Judge John W. Darrah |

### AFFIDAVIT OF YASSIN K. TALHOUNI

Affiant, Yassin K. Talhouni, being duly sworn on oath deposes and states as follows:

1. I have personal knowledge of the matters contained herein and if called to testify at trial, I could competently testify thereto.

2. I am the Chairman of Amman Tourism Investment Co., Ltd

3. Amman Tourism Investment Co., Ltd., is incorporated under the laws of Jordan, and maintains its principal place of business in Amman, Jordan.

4. Amman Tourism Investment Co., Ltd. is not registered to do business in Illinois, and has not designated an agent for service of process in Illinois.

5. Amman Tourism Investment Co., Ltd. does not transact any business in Illinois.

6. Amman Tourism Investment Co., Ltd. has no offices, employees, bank accounts or any other assets in Illinois.

7. Amman Tourism Investment Co., Ltd. does not advertise or solicit business in Illinois.

8. Amman Tourism Investment Co., Ltd. does not maintain a telephone, telex or telefax number in Illinois.

9. Amman Tourism Investment Co., Ltd. entered into a management agreement with Hyatt International Europe Africa Middle East Ltd. No one on behalf of Amman Tourism Investment Co., Ltd. traveled to Illinois to negotiate or sign the management agreement with Hyatt International Europe Africa Middle East Ltd.

10. Amman Tourism Investment Co., Ltd. owns the hotel which is the situs of the suicide bombing referenced in plaintiffs' Amended Complaint at Law.

I declare under the penalty of perjury pursuant to the laws of the United States of America that the foregoing is true and correct.

Yassin K. Talhouni

Dated: March, 23rd 2008.