# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| **JEFFREY SIEGEL, Administrator of the Estate of Moustapha Akkad, Deceased, et al.** **v.** **H GROUP HOLDING, INC., GLOBAL HYATT INTERNATIONAL, et al.** | 07 C 6830 Judge Darrah |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

### HI HOLDINGS LUXEMBOURG S.a.r.l.

| NAME (Type or print) |
|---|
| H. RODERIC HEARD |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/H. Roderic Heard |

| FIRM |
|---|
| Wildman Harrold Allen & Dixon LLP |

| STREET ADDRESS |
|---|
| 225 West Wacker Drive, Suite 2800 |

| CITY/STATE/ZIP |
|---|
| Chicago, IL 60606 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 1167170 | 312-201-2623 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES [X] | NO [ ] |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES [ ] | NO [X] |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES [X] | NO [ ] |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES [X] | NO [ ] |

| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. |
|---|
| RETAINED COUNSEL [ ]     APPOINTED COUNSEL [ ] |

## CERTIFICATE OF SERVICE

I, Lisa M. Fontoura, an attorney, state that I have caused to be served a copy of the foregoing *Appearance* to all counsel of record via electronic case filing system (CM/ECF) as indicated below, from 225 West Wacker Drive, Chicago, Illinois, 60606, on this 31st day of March 2008:

Thomas A. Demetrio – tad@corboydemetrio.com
William T. Gibbs – wtg@corboydemetrio.com
Michael Kelly Demetrio – mkd@corboydemetrio.com
Daniel M. Kotin – dmk@corboydemetrio.com

/s/ Lisa M. Fontoura