IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JEFFREY SIEGEL, Administrator of the Estate of MOUSTAPHA AKKAD, Deceased, SOOHA AKKAD, individually; SUSAN GITELSON, Special Administrator of the Estate of RIMA AKKAD MONLA, deceased; and MICHAEL BUTLER,<br><br>    Plaintiffs,<br><br> v.<br><br>H GROUP HOLDING, INC., a corporation; GLOBAL HYATT CORPORATION, a corporation; HYATT INTERNATIONAL CORPORATION, a corporation; HYATT CORPORATION, a corporation; HYATT HOTELS CORPORATION, a corporation; HYATT INTERNATIONAL (EUROPE AFRICA MIDDLE EAST) LLC; AIC HOLDING CO., a corporation; HYATT INTERNATIONAL HOLDINGS, CO., a corporation; HI HOLDINGS LUXEMBURG S.a.r.l.; ZARA INVESTMENT HOLDING CO.; and AMMAN TOURISM INVESTMENT CO., LTD.,<br><br>    Defendants. | No. 07 C 6830<br><br>Judge John W. Darrah<br><br>Magistrate Susan E. Cox |

## NOTICE OF CONSENT TO REMOVAL

TO: THE HONORABLE UNITED STATES DISTRICT COURT:

  Defendant HI Holdings Luxemburg S.a.r.l. hereby confirms its consent to the removal and the Notice of Removal filed by Defendant Hyatt International (Europe Africa Middle East) LLC in this matter to remove to this Court the action originally filed in the Circuit Court of Cook County, Illinois, County Department, Law Division, as Case No 07-L-9489, titled "*Siegel, et al. v. Global Hyatt Corporation, et al.*"

          Respectfully Submitted,

          By:    /s/ Mark P. Miller
                One of the Attorneys for Defendant
                HI Holding Luxemburg S.a.r.l.


H. Roderic Heard (1167170)
Mark P. Miller (6191128)
Lisa M. Fontoura (6273876)
WILDMAN, HARROLD, ALLEN & DIXON LLP
225 West Wacker Drive
Chicago, IL 60606-1229
(312) 201-2000 / fax: (312) 201-2555

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby certifies that he caused a copy of the foregoing to be served upon all counsel of record by ECF on March 31, 2008.

/s/ Mark P. Miller