**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| JEFFREY SIEGEL, Administrator of the Estate of MOUSTAPHA AKKAD, Deceased, SOOHA AKKAD, individually; SUSAN GITELSON, Special Administrator of the Estate of RIMA AKKAD MONLA, deceased; and MICHAEL BUTLER, <br><br>      Plaintiffs, <br><br>v. <br><br>H GROUP HOLDING, INC., a corporation; GLOBAL HYATT CORPORATION, a corporation; HYATT INTERNATIONAL CORPORATION, a corporation; HYATT CORPORATION, a corporation; HYATT HOTELS CORPORATION, a corporation; HYATT INTERNATIONAL (EUROPE AFRICA MIDDLE EAST) LLC; AIC HOLDING CO., a corporation; HYATT INTERNATIONAL HOLDINGS, CO., a corporation; HI HOLDINGS LUXEMBURG S.a.r.l.; ZARA INVESTMENT HOLDING CO.; and AMMAN TOURISM INVESTMENT CO., LTD., <br><br>      Defendants. | No. 07 C 6830 <br><br>Judge John W. Darrah <br><br>Magistrate Susan E. Cox |

**UNOPPOSED MOTION FOR EXTENSION OF TIME**

Defendant HI Holdings Luxemburg S.a.r.l., through its attorneys, Wildman, Harrold, Allen & Dixon, respectfully move for an extension of time of seven (7) days in which to respond to Plaintiffs' Amended Complaint, and in support thereof, states as follows:

1.    Defendant's response to Plaintiffs' Amended Complaint is presently due on Monday, March 31, 2008.

2.       Defendant plans on moving to dismiss Plaintiffs' Amended Complaint. One of the grounds upon which Defendant is moving for dismissal is lack of personal jurisdiction, as Defendant is an entity organized under the laws of Luxemburg and has its principal place of business in Luxemburg.

3.       The undersigned has not yet been able to finalize with his client the last remaining details necessary to complete the motion to dismiss. The undersigned therefore asks for an extension of time to April 7, 2008, in which to file Defendant's motion to dismiss.

6.       Plaintiffs' counsel has no objection to this motion.

WHEREFORE, Defendants respectfully request an additional seven (7) days, or until April 7, 2008, to file its motion to dismiss.

                                     Respectfully submitted,

                                     By:   /s/ Mark P. Miller

H. Roderic Heard (1167170)
Mark P. Miller (6191128)
Lisa M. Fontoura (6273876)
WILDMAN, HARROLD, ALLEN & DIXON LLP
225 West Wacker Drive
Chicago, IL 60606-1229
(312) 201-2000

## ATTESTATION OF MARK P. MILLER

Mark P. Miller, under penalty of perjury, affirms and states that the assertions of fact made in the foregoing motion are true and correct to the best of his knowledge and belief.

                                     /s/ Mark P. Miller

3

**<u>CERTIFICATE OF SERVICE</u>**

    The undersigned, an attorney, hereby certifies that he caused a copy of the foregoing to be served upon all counsel of record by ECF on March 31, 2008.

                                        /s/ Mark P. Miller