## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | John W. Darrah | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6830 | **DATE** | 4/3/08 |
| **CASE TITLE** | Siegel, et al. v. H Group Holding Inc., et al. | | |

**DOCKET ENTRY TEXT:**

Defendant's motion for extension of time [68, 69] is granted. Defendant has until 4/7/08 to file its motion to dismiss.

Docketing to mail notices.

| | Courtroom Deputy Initials: | mf |
|---|---|---|