

Order Form (01/2005)

## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | John W. Darrah | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6830 | **DATE** | 4/9/2008 |
| **CASE TITLE** | Jeffrey Siegel, et. al. vs. H Group Holding, Inc., et. al. | | |

**DOCKET ENTRY TEXT**

For the reasons stated in the attached memorandum opinion and order, at least two of the Illinois Defendants, Global Hyatt and Hyatt International, are not fraudulently joined; and removal was improper under section 1441(b). Therefore, plaintiffs' motion to remand is granted [22]. Enter Memorandum Opinion and Order. Ane pending dates or motions are moot.

■ [ For further detail see separate order(s).]

Docketing to mail notices.
*Mail AO 450 form.

| | Courtroom Deputy Initials: | MF |
|---|---|---|