# United States District Court

## Northern District of Illinois
### Eastern Division

Jeffrey Siegel, et. al.                    **JUDGMENT IN A CIVIL CASE**

v.                                          Case Number: 07 C 6830

H Group Holding, Inc., et. al.

- ☐ Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

- ■ Decision by Court. This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that for the reasons stated in the Court's 4/9/08 memorandum opinion and order, at least two of the Illinois Defendants, Global Hyatt and Hyatt International, are not fraudulently joined; and removal was improper under section 1441(b). Therefore, plaintiffs' motion to remand is granted [22].

Michael W. Dobbins, Clerk of Court

Date: 4/9/2008

/s/ Melanie A. Foster, Deputy Clerk